UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOHN WILLIAMS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | SA-20-CA-1353-JKP |
| | § | |
| LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**ORDER**

In light of the parties' Joint Stipulation for Dismissal with Prejudice (Docket Entry 6) filed on March 5, 2021, it is hereby **ORDERED t**hat the above-entitled and numbered cause is **RETURNED** to the District Court for all purposes.

It is **FURTHER ORDERED** that the Telephonic Initial Pretrial Conference on March 10, 2021, is **CANCELLED** and the parties are excused from appearing on that date.

**SIGNED** on March 6, 2021.

______________________________
Henry J. Bemporad
United States Magistrate Judge